CENTRAL TRUST COMPANY OF ILLINOIS, EXECUTOR OF THE ESTATE OF
GEORGE H. CLARK, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed May 9, 1922.*

INHERITANCE TAX—*when claimant entitled to a refund.* There being no
dispute as to the facts and law governing this case the Court enters an
order in favor of claimant for the amount of his claim.

Edward J. Brundage, Attorney General, for State.

This is a claim of the Central Trust Company, of Illinois, executor
of the estate of George H. Clarke, deceased, for a refund of inheritance
tax in the amount of five thousand two hundred twenty-eight and 24/100
($5,228.24) dollars, together with interest at the rate of three (3) per
cent per annum from July 20th, 1920. No objection or defense of the
claim is interposed by or on behalf of the State and the Attorney General
eral representing defendant, consents to an award herein in the sum of
five thousand two hundred twenty-eight and 24/100 ($5,228.24) dollars,
together with interest at the rate of three (3) per cent per annum from
July 20, 1920.

We therefore award the claimant the sum of five thousand two hundred twenty-eight and 24/100 ($5,228.24) dollars, together with interest
at the rate of three (3) per cent per annum from July 20th, 1920, to
date voucher is issued upon appropriation by Legislature.